431 F.2d 483
 Mrs. Otto ORKIN and Mrs. Otto for the Mrs., Inc., Plaintiffs-Appellants,
v.
ORKIN EXTERMINATING COMPANY, Inc., Defendant-Appellee.
 No. 29972 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 17, 1970.
 
 Appeal from Northern District of Georgia at Atlanta; Newell Edenfield, District Judge.
 Albert M. Horn, Atlanta, Ga., for plaintiffs-appellants.
 Irving K. Kaler, Martin H. Rubin, Atlanta, Ga., for defendants-appellants; Kaler, Karesh, Rubin & Frankel, Atlanta, Ga., of counsel.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966